### George Cronan *v*. The City of New Orleans.

Presumptions are consequences which the law or the Judge draws from a known fact to a fact unknown. Presumptions, not established by law, are left to the judgment and discretion of the Judge. C. C. 2263, 2267. *Presumptio dicitur ex eo quod plerumque fit.*

APPEAL from the Sixth District Court of New Orleans, *Howell*, J. *J. Livingston*, for plaintiff and appellant. *J. J. Michel*, for defendant.

Voorhies, J.  The plaintiff's demand for the value of services rendered pursuantly to contract, is met on the part of the defendant with the plea of payment.

The defendant exhibited, on the trial below, a warrant purporting to have issued for that purpose, and which was found among the papers of the City Treasurer. This document, however, does not bear the plaintiff's endorsement, although former warrants are by him endorsed; nor do the books of the Comptroller and of the Treasurer show any entry concerning the warrant in question.

These facts would seem to indicate that this warrant had never been in the plaintiff's possession; but when it is kept in view that several years elapsed without any claim being pressed by him against the City; that a subsequent and last installment, amounting to $3000, was duly paid over; and that nothing short of fraud and collusion between two officers could account for the fact that the warrant had never been held by the plaintiff, we cannot but adopt the conclusion of the District Court, that the fact of payment is substantiated. C. C. 2263, 2267.

Judgment affirmed.

---

### Robert Hagan *v*. J. R. Cox, Syndic.

Where a transcript is incomplete by the fault of the plaintiff and appellee, who has withdrawn the instrument on which was founded the action, and which was annexed to and made part of the petition, the cause must be sent back for a new trial.

APPEAL from the Third Dist. Court of New Orleans, *Duvigneaud J. J. C. Bolling*, for plaintiff. *Durant & Hornor*, for defendant and appellant.

Duffel, J.  The transcript in this case being incomplete by the fault of the plaintiff and appellee, who has withdrawn the instrument on which was founded the action, and which was annexed to and made part of the petition, the cause must be sent back for a new trial, as we cannot revise the judgment of the lower Court.

It is therefore ordered and decreed, that the judgment of the District Court be avoided and reversed; that this cause be remanded for a new trial, and that the appellee pay the costs of the appeal.